UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 MAY -6 PM 4: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

SMITH & NEPHEW, INC., )
)
Plaintiff, )
)
v. ) No. 04-3027-B/V
)
NEW HAMPSHIRE INSURANCE COMPANY )
and ALLIED WORLD ASSURANCE COMPANY )
LTD., )
)
Defendants. )
)

## ORDER ENLARGING TIME

On joint motion by plaintiff Smith & Nephew, Inc., defendant New Hampshire Insurance Company, and defendant Allied World Assurance Company Ltd., presenting adequate cause under Fed. R. Civ. P. 6(b), the following is Ordered:

1. The period to answer or otherwise respond to plaintiff Smith & Nephew's complaint is enlarged to ninety (90) days from the date of this Order.

2. If this case is not resolved within 90 days from the date hereof, Defendants are given 30 days thereafter to respond to the Complaint.

3. The Court will defer any scheduling under Rule 16(b) in this action until after the expiration of the above time extensions.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

May 6, 2005
DATED:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-10-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-03027 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Louise A. Kelleher
KARDARAS & KELLEHER, LLP
40 Wall Street
New York, NY 10005

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Johnathan T. Krawcheck
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
999 Peachtree St., N.E.
Ste 2700
Atlanta, GA 30309

Honorable J. Breen
US DISTRICT COURT