FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

05 DEC -2 PM 3: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.

NEW HAMPSHIRE INSURANCE
COMPANY and ALLIED WORLD
ASSURANCE COMPANY LTD.,

    Defendants.

No. 04-3027-B/V

## [~~PROPOSED~~] ORDER GRANTING LEAVE TO AMEND COMPLAINT

On motion by plaintiff Smith & Nephew, Inc., presenting adequate cause under Fed. R. Civ. P. 15(a), the following is Ordered: Plaintiff Smith & Nephew's Motion for Leave to Amend its Complaint is granted.

_Diane K. Vescovo_
~~J. DANIEL BREEN~~ Magistrate
UNITED STATES ~~DISTRICT~~ JUDGE

_December 1, 2005_
DATED

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 12-5-05

(15)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-03027 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Louise A. Kelleher
KARDARAS & KELLEHER, LLP
40 Wall Street
New York, NY 10005

R. Mark Glover
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Johnathan T. Krawcheck
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
999 Peachtree St., N.E.
Ste 2700
Atlanta, GA 30309

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Martin C. Pentz
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Honorable J. Breen
US DISTRICT COURT